JOSEPH NEUSTADT, Respondent, *v.* JAMAICA ESTATES et al., Defendants, and EDWARD E. DEAN et al., Appellants.

*Neustadt* v. *Jamaica Estates*, 168 App. Div. 957, appeal dismissed. (Argued June 4, 1917; decided June 12, 1917.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 6, 1915, upon an order affirming an order of Special Term denying a motion to set aside a sale in partition.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Edward M. Grout* for motion.

*Edward E. Dean* opposed.

Motion granted and appeal dismissed, without costs.